## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:   September 11, 2014                    517920
_____

In the Matter of DONTIE S.
   MITCHELL,
              Petitioner,

     v                                    MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
   of Corrections and Community
   Supervision,
              Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Lahtinen, J.P., McCarthy, Egan Jr., Lynch and Clark, JJ.

_____

Dontie S. Mitchell, Dannemora, petitioner pro se.

Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this proceeding challenging a tier III prison disciplinary determination finding him guilty of possession of contraband, smuggling and possession of an item in an unauthorized area.  The Attorney General has informed this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory surcharge has been returned to his inmate account; thus, this proceeding is dismissed as moot (see Matter of Ames v Gutwein, 76 AD3d 1163

[2010]).

Lahtinen, J.P., McCarthy, Egan Jr., Lynch and Clark, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court